UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 3:07-CR-116-RLM-CAN |
| | ) | |
| JUAN ORDUNO | ) | |

O R D E R

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on July 20, 2012 [Doc. No. 35]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Juan Orduno's plea of guilty, and FINDS the defendant guilty of Count 2 of the Indictment, in violation of 18 U.S.C. § 922(g)(1).

SO ORDERED.

ENTERED: August 9, 2012

/s/ Robert L. Miller, Jr.
Judge
United States District Court